1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Theresa Pichler

7

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | THERESA PICHLER,              ) Case No.: CV 10-5336 PLA
                                   )
11 |     Plaintiff,                ) ORDER AWARDING EQUAL
                                   ) ACCESS TO JUSTICE ACT
12 |     vs.                       ) ATTORNEY FEES AND EXPENSES
                                   ) PURSUANT TO 28 U.S.C. § 2412(d)
13 | MICHAEL J. ASTRUE,            ) AND COSTS PURSUANT TO 28
     Commissioner of Social Security, ) U.S.C. § 1920
14 |                               )
         Defendant                 )
15                                 )
                                   )
16

17      Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19      IT IS ORDERED that fees and expenses in the amount of $2,500 as

20 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

21 DATE:    April 12, 2011

22                                              _____
                                                THE HONORABLE PAUL L. ABRAMS
23                                              UNITED STATES MAGISTRATE JUDGE

24

25

26

1. Respectfully submitted,
2. LAW OFFICES OF Lawrence D. Rohlfing
3. /s/ Brian C. Shapiro
   _____
4. Brian C. Shapiro
   Attorney for plaintiff Theresa Pichler
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.